# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JIMMY ASHLEY**                                                   **PLAINTIFF**

v.                      No. 3:18-cv-66-DPM

**DG BROOKLAND, LLC;** and
**DON PEPE #2, INC., d/b/a**
**Los Arcos Mexican Restaurant**                      **DEFENDANTS**

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 31 November 2019 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

28 November 2018